UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-22453-CIV-MORENO /O'SULLIVAN

NATHANAEL CELSO GUIDO OCHOA, and
other similarly-situated individuals,

    Plaintiff,

vs.

L G DIEGO, INC. a Florida Corporation, and
DIEGO V. OJEDA, individually,

    Defendants.

_____/

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

**WRIT OF GARNISHMENT**

YOU ARE COMMANDED to summon the Garnishee, Regions Bank, 2205 SW 8th Street, Miami, FL 3313533161 to serve an answer to this writ on Mamane Law LLC, Plaintiff's Attorney, whose address is 1150 Kane Concourse, Fourth Floor, Bay Harbor Islands, FL 33154, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants, LG Diego Inc. [FEIN 47-1916429] located at 1420 SW 11th Terrace, Miami, Florida 33135, and/or Diego V. Ojeda located at 1420 SW 11th Terrace, Miami, Florida 33135 who upon information and belief, maintains a bank account with Garnishee Regions Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant(s), Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $9,231.00.

Dated on   SEP 0 9 2016  , 2016.

                                                    Steven M. Larimore
                        Name of Clerk

As Clerk of the Court

                By: _____ as Deputy Clerk

Civil Action No. 16-22453

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This writ of garnishment for *(name of individual and title, if any)* GARNISHEE REGIONS BANK
was received by me on *(date)* 09/09/2016 .

☐ I personally served the writ of garnishment on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the writ of garnishment at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the writ of garnishment on *(name of individual)* GREGORY OLIVER-EMPLOYEE , who is
designated by law to accept service of process on behalf of *(name of organization)* REGIONS BANK
633 NE 167TH ST N MIAMI BEACH FL 33162 @ 3:09PM on *(date)* 09/09/2016 ; or

☐ I returned the writ of garnishment unexecuted because ☐ _____ ; or

Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2016

*Server's signature*

NEIL VAISELBERG PROCESS SERVER # 2250
*Printed name and title*

1001 NE 180TH TERRACE N MIAMI BEACH FL 33162
305-968-4439

*Server's address*

Additional information regarding attempted service, etc:
B,M,35,5'6",145LBS,BLK HAIR,GLASSES
BUSINESS CARD GIVEN

Print     Save As...                                                      Reset